UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Criminal No. 24-20520

    v.                                     Hon. David M. Lawson

D-1 CHARLES WASSON, M.D.,
D-2 MAURICE POTTS, M.D.,
D-3 BRUCE KAPLAN, M.D.,
D-4 SHARELENE DAWSON,
    a/k/a SHARELENE CRAWFORD,
D-5 DESIREE KING,
D-6 LANISE GORTMAN,
D-7 AARON ALONZO THOMAS,
D-8 VALECIA VERNETTE-MICHEL LOGAN,
And
D-9 ANTOINE ARNOLD,
    Defendants.

_____/

## **DEFENDANT MAURICE POTTS' MOTION REQUESTING TO RENEW HIS PASSPORT**

NOW COMES, Defendant MAURICE POTTS, and in support of his Motion states as follows:

1. That Defendant has a cottage in Windsor, Canada.

2. That Defendant was granted permission to travel to Canada to complete needed maintenance on the property.

3. That Defendant was granted the temporary return of his passport so that he may travel to Windsor to complete the needed maintenance on the property.

4. That the Defendant's passport expires on August 28, 2025.

5. That Defendant requests that this Honorable Court allow him to file an application for the renewal of his passport.

6. That Defense made contact with U.S. Pretrial Services Officer Rula Ceravolo on July 7, 2025.

7. That Defense contacted Assistant U.S. Attorney Regina McCullough and received concurrence for this request on July 9, 2025.

**WHEREFORE,** Defendant, Maurice Potts requests that this Honorable Court grant his Motion.

                                                               Respectfully Submitted,

                                                               /s/Randall Upshaw

                                                               Randall P. Upshaw (P43574)
                                                               Attorney for Defendant
                                                               17373 W. 12 Mile Rd
                                                               Lathrup Village, MI 48076
                                                               (248) 569-7776

Dated: July 15, 2025