UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case Number 24-20520

v.                                        Honorable David M. Lawson

MAURICE POTTS,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR LEAVE TO RENEW PASSPORT

On June 13, 2025, the Court granted the defendant's motion for leave to travel outside the district, and he now has filed a motion for leave to renew his U.S. passport, which expires in August 2025. Counsel for the government was consulted and the government does not oppose the relief sought.

Accordingly, it is **ORDERED** that the defendant's renewed motion for permission to renew his passport (ECF No. 242) is **GRANTED**, and the defendant is permitted to file an application to renew his passport, which expires in August 2025.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated: July 17, 2025